UNITED STATES DISTRICT COURT FOR
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Larry Long, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>The Kroger Co.,<br><br>    Defendant. | Case No. 1:23-cv-01179-JBM-JEH<br><br>Hon. Joe Billy McDade |

## STIPULATION AND ORDER

Plaintiff Larry Long ("Plaintiff") and Defendant The Kroger Co. ("Defendant"), by and through their undersigned counsel, stipulate as follows:

1. On or about May 23, 2023, Plaintiff filed the complaint in this action. Dkt. #1.

2. On or about July 19, 2023, Defendant executed a waiver of service of summons ("Waiver") and served it on counsel for Plaintiff. Pursuant to the Waiver, Defendant's answer or motion under Rule 12 is currently due Monday September 19, 2023.

3. Due to unforeseen circumstances beyond Defendant's control, Defendant requires additional time in which to answer or move pursuant to Rule 12. Counsel for Plaintiff and Defendant conferred on September 1, 2023 to discuss Defendant's request for additional time. Counsel for Plaintiff and Defendant agreed that Defendant should be allowed until October 9, 2023 to file an answer or move pursuant to Rule 12, and that Plaintiff should be allowed until November 8, 2023 to file an amended complaint or to oppose any Rule 12 motion filed by Defendant.

4. This stipulation may be executed in counterparts, and signatures transmitted by facsimile or email shall have the same force and effect as the original.

1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time within which Defendant may answer, move against, or otherwise respond to the complaint is extended to and including October 9, 2023. Defendant will not be in default if the Court does not rule on this stipulation before October 9, 2023, and Plaintiff will not seek an entry of default during that period.  It is further stipulated and agreed that Plaintiff shall have until November 8, 2023 to file an amended complaint or to oppose any Rule 12 motion filed by Defendant.

SO STIPULATED AND JOINTLY SUBMITTED:

DATED:  September 14, 2023        DAVIS WRIGHT TREMAINE LLP

By:    /s/ William E. Walsh
         William Walsh

300 North La Salle St., Ste. 2200
Chicago, IL  60654
(312) 820-5114
billwalsh@dwt.com

Attorneys for Defendant The Kroger Co.

DATED:  September 14, 2023        SHEEHAN & ASSOCIATES, PC

By:    /s/ Spencer Sheehan
         Spencer Sheehan

60 Cuttermill Rd., Ste. 412
Great Neck, NY  11021
(516) 268-7080
spencer@spencersheehan.com

Attorneys for Plaintiff Larry Long

SO ORDERED:_____