**UNITED STATES DISTRICT COURT FOR
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| Larry Long, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>The Kroger Co.,<br><br>    Defendant. | Case No. 1:23-cv-01179-JBM-JEH<br><br>Hon. Joe Billy McDade |

**NOTICE OF APPEARANCE**

 Notice is given that Kimberly M. Bousquet of the law firm of Davis Wright Tremaine LLP appears as counsel for Defendant The Kroger Co.  Attorney Harris L. Kay of Davis Wright Tremaine LLP remains as counsel for Defendant The Kroger Co.

DATED:  October 13, 2023      DAVIS WRIGHT TREMAINE LLP

                  By: */s/ Kimberly M. Bousquet*

Kimberly M. Bousquet
DAVIS WRIGHT TREMAINE LLP
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299
kimbousquet@dwt.com

Harris L. Kay
DAVIS WRIGHT TREMAINE LLP
300 North LaSalle Street, Suite 2200
Chicago, IL 60654
Telephone: (312) 820-5130
Facsimile: (312) 820-5460
harriskay@dwt.com

Attorneys for Defendant The Kroger Co.

## CERTIFICATE OF SERVICE

      I hereby certify that on October 13, 2023, the foregoing was filed electronically. Notice of the filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        By: */s/ Kimberly Bousquet*

                                        Attorney for Defendant